UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                          Plaintiff,               **MEMORANDUM**

      -against-                                      24 Cr. 603 (NSR)

JOEL PEREZ,

                          Defendant.
-----------------------------------------------------------------x

TO:  Nelson S. Román, United States District Judge:

       Please find attached a transcript of the October 16, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: November 19, 2024
       White Plains, New York

                                                 Respectfully Submitted,

                                                 */s/ Judith C. McCarthy*
                                                 JUDITH C. McCARTHY
                                                 United States Magistrate Judge