UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

USA

          24 Cr. 00603-01 (NSR)

     - against -

JOEL PEREZ,

          ORDER ACCEPTING
          PLEA ALLOCUTION

          Defendant.

-------------------------------------------------------- X

NELSON S. ROMÁN, U.S.D.J.:

     The Court has reviewed the transcript of the plea allocution in the above-entitled case,

the charging papers, and all other pertinent parts of the record. The Report and Recommendation

of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated October 16, 2024,

is approved and accepted.

          SO ORDERED.

          _____
          Hon. Nelson S. Román,
          United States District Judge

Dated: White Plains, NY
     January 28, 2025



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___1/28/2025___